UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** | § | **CHAPTER 11** |
| | § | |
| **ATP OIL & GAS CORPORATION,** | § | **CASE NO. 12-36187** |
| | § | |
| Debtor. | § | **HON. MARVIN ISGUR** |
| | § | |
| | § | |
| **OMEGA NATCHIQ, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **ADV. PROC. NO. 14-03301** |
| | § | |
| **ATP INFRASTRUCTURE PARTNERS, L.P.** | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING ATP INFRASTRUCTURE
PARTNERS, L.P.'S MOTION TO DISMISS**

Having considered the Motion to Dismiss [Dkt. No. 5] filed by Defendant ATP Infrastructure Partners, L.P., this Court is of the opinion that the Motion should be **GRANTED**

Accordingly, Plaintiffs' Original Complaint [Dkt. No. 1] is **DISMISSED** in its entirety, with Plaintiff's claim for a judgment ordering that the Innovator be seized and sold **DISMISSED WITH PREJUDICE**.

SIGNED this _____ day of _____, 20_____.


_____
**THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE**