

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/15/2016

| | | |
|---|---|---|
| IN RE: § | | |
| ATP OIL & GAS CORPORATION § | CASE NO: 12-36187 | |
| Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| OMEGA NATCHIQ, INC. § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 14-3301 | |
| § | | |
| ATP INFRASTRUCTURE PARTNERS, LP § | | |
| Defendant(s) § | | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, this adversary proceeding is dismissed.

SIGNED **March 15, 2016.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE